■ In the Matter of ANDREW HICKMAN, Petitioner, v JEROME J. WEINSTEIN et al., Constituting the Town Board of the Town of North Hempstead, Respondents. — Determination of the respondents, dated April 29, 1980, confirmed and proceeding dismissed on the merits, without costs or disbursements. No opinion. Damiani, J. P., Titone, Mangano and Brown, JJ., concur.

■ In the Matter of SADIE RUGGIERO, by Her Guardian ad Litem, LOU RUGGIERO, Petitioner, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Respondents. — Determination of the State Commissioner of Social Services, dated February 6, 1981, and made after a statutory fair hearing, confirmed and proceeding dismissed on the merits, without costs or disbursements. No opinion. O'Connor, J. P., Bracken, Niehoff and Boyers, JJ., concur.